UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-mj-00013-kjd |
| | ) | |
| ARSHDEEP SINGH, | ) | |
| Defendant. | ) | |

**<u>MOTION FOR DETENTION</u>**

The United States moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This matter is eligible for detention because the case involves a serious risk that the defendant will flee.  *See* 18 U.S.C. § 3142(f)(2)(A).

2.  <u>Reason For Detention</u>.  The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.

3. <u>Rebuttable Presumption</u>.  No rebuttable presumption applies in this matter.

4.  <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing at the time of the initial appearance or upon completion of the pretrial services report, if the report is not available at the initial appearance

5. <u>Other Matters</u>.  As alleged in the Complaint, the defendant was apprehended shortly after having unlawfully crossed the international border with Canada on February 1, 2026.  In a post-*Miranda* interview, the defendant admitted to entering the United States illegally and provided information regarding his crossing.  The defendant was very cooperative during his consensual interview.  The defendant is a citizen of India, without any known ties to Vermont. The United States submits that there is no condition or combination of conditions of release that

1

will reasonably assure the appearance of the defendant as required.  Thus, pretrial detention is appropriate.

Dated at Burlington, in the District of Vermont, February 2, 2026.

Respectfully submitted,

JONATHAN A. OPHARDT
First Assistant United States Attorney

*/s/ Michelle Arra*
Michelle Arra
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
michelle.arra@usdoj.gov