AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 FEB -3 P 12: 01

CLERK  *TML*
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| | **(For a Petty Offense)** — Short Form |
| V. | Case No.   2:26-mj-013-1 |
| Arshdeep Singh | USM No.   39046-512 |

_____
Natasha Sen, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)     Complaint _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §1325(a) | Illegal entry into the United States | 2/1/2026 | |

☐ Count(s) _____     ☐ is     ☐ are dismissed on motion of the United States

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

  **Time served**

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ **Remitted** | $ **Waived** |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  2004

City and State of Defendant's Residence:
India _____

_____
2/2/2026
Date of Imposition of Judgment

_____
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
Name and Title of Judge

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  2/4/2026

_____
02/03/2026
Date